**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6062**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TIMOTHY ADAMS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr.,
Chief District Judge. (CR-94-302, CA-97-1225-1)

───────────

Submitted: August 23, 2001          Decided: August 29, 2001

───────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Timothy Adams, Appellant Pro Se. Benjamin H. White, Jr., OFFICE OF
UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timothy Adams appeals from the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Adams</u>, Nos. CR-94-302; CA-97-1225-1 (M.D.N.C. Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2